IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PECOLIA DIGGS                                                                                                    PLAINTIFF

v.                                              No. 3:09CV00005 JLH

CITY OF OSCEOLA                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of Pecolia Diggs is dismissed with prejudice.

IT IS SO ORDERED this 30th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE